# Order

Michigan Supreme Court
Lansing, Michigan

March 10, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162041(59)

RONALD TINSLEY, VAN BUREN
STEEL, INC., and VAN BUREN
PROPERTIES OF MICHIGAN, LLC,
      Plaintiffs-Appellants,

v

NORMAN YATOOMA and NORMAN
YATOOMA & ASSOCIATES, PC,
      Defendants-Appellees.
_____/

SC: 162041
COA: 349354
Wayne CC: 18-011537-NM

On order of the Chief Justice, the motion of the Negligence Law Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 9, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2021



Clerk